UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK OCEGUEDA-MUNOZ,<br><br>　　　　　Defendant. | Case No. 1:19-CR-0170-BLW<br>Case No. 1:20-CR-0005-BLW<br><br>**REPORT AND**<br>**RECOMMENDATION** |

On January 16, 2020, Defendant Frank Ocegueda-Munoz appeared before the undersigned United States Magistrate Judge for an arraignment and plea on the superseding indictment in Case No. 1:19-CR-0170-BLW (Dkt. 18) and an initial appearance, arraignment, and plea on the Indictment in Case No. 1:20-CR-0005-BLW (Dkt. 1). The Defendant executed a waiver of the right to have the presiding United States District Judge take his plea in both cases. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Superseding Indictment (Dkt. 18, Case No. 1:19-CR-0170-BLW) and in the Indictment (Dkt. 1, Case No. 1:20-CR-0005-BLW), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by any agreement of the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing in both cases and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty pleas, that he entered it voluntarily and with full knowledge of the consequences, and that the pleas should be accepted. The undersigned also ordered a pre-sentence investigation

REPORT AND RECOMMENDATION - 1

to be conducted and a consolidated report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)      The District Court accept Defendant Frank Ocegueda-Munoz's pleas of guilty to Count One of the Superseding Indictment in Case No. 1:19-CR-0170-BLW (Dkt. 18) and Count One of the Indictment in Case No. 1:20-CR-0005-BLW; and

2)      The District Court order forfeiture consistent with Defendant Frank Ocegueda-Munoz's admissions to the Criminal Forfeiture allegation in the Superseding Indictment in Case No. 1:19-CR-0170-BLW (Dkt. 18) and in the Indictment in Case No. 1:20-CR-0005-BLW (Dkt. 1).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: January 16, 2020

_____
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 2**