UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK OCEGUEDA-MUNOZ,<br><br>Defendant. | Case No. 1:19-cr-00170-BLW<br>Case No. 1:20-cr-00005-BLW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by the United States Magistrate Judge. Case No. 19-cr-170, Dkt. 22; Case No. 20-cr-5, Dkt. 11. On January 16, 2020, Defendant appeared before the Magistrate Judge and entered a plea of guilty on Count One of the Superseding Indictment in Case No. 19-cr-170 (Dkt. 18) and a plea of guilty on Count One of the Indictment in Case No. 20-cr-5 (Dkt. 1). At the hearing the Defendant admitted to the criminal forfeiture allegations in both the Superseding Indictment in Case No. 19-cr-170 (Dkt. 18) and Indictment in Case No. 20-cr-5 (Dkt. 1).    The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's admission to forfeiture and pleas of guilty to the charges contained in Count One of the Superseding Indictment in Case No. 19-cr-170 (Dkt. 18) and in Count One of the Indictment in Case No. 20-cr-5 (Dkt. 1), and that they were entered voluntarily and

with full knowledge of the consequences.  No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, and finds that the requirements of Rule 11 have been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).  Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists.  *See id.*  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Case No. 19-cr-170, Dkt. 22; Case No. 20-cr-5, Dkt. 11.) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's pleas of guilty to the crimes charged in Count One of the Superseding Indictment in Case No. 19-cr-170 (Dkt. 18) and in Count One of the Indictment in Case No. 20-cr-5 (Dkt. 1) shall be, and the same are hereby, ACCEPTED by the Court as a knowing and voluntary pleas supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Frank Ocegueda-Munoz is found to be GUILTY as to the applicable crimes charged in Count One of the

Superseding Indictment in Case No. 19-cr-170 (Dkt. 18) and in Count One of the Indictment in Case No. 20-cr-5 (Dkt. 1).

DATED: February 4, 2020

_____
B. Lynn Winmill
U.S. District Court Judge